IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRANDON D. THURMAN                                              PLAINTIFF

v.                          No. 5:15-cv-82-DPM-JJV

EDWARD ADAMS, Captain/Chief of Security,
Dub Brassell Detention Center; C. HUNTER,
Lieutenant, Dub Brassell Detention Center;
and GERALD ROBINSON, Sheriff,
Dub Brassell Detention Center                                   DEFENDANTS

ORDER

Unopposed partial recommendation, № 8, adopted. Thurman's claims against Hunter and Robinson are dismissed without prejudice. An appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered

_____
D.P. Marshall Jr.
United States District Judge

8 May 2015