IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRANDON D. THURMAN,
ADC #159873                                                                                      PLAINTIFF

v.                              5:15CV00082-DPM-JJV

EDWARD ADAMS, Captain/Chief
of Security, Dub Brassell Detention Center                                         DEFENDANT

## ORDER

Pursuant to Local Rule 83.7, Chet D. Dunlap, Attorney at Law, Post Office Box 54, Trumann, Arkansas 72472-0054, 870-483-6446, is appointed to represent Plaintiff Brandon D. Thurman in all further proceedings in this action.

THE CLERK SHALL send counsel and Plaintiff a copy of this Order. Counsel shall access and review Local Rule 83.7 regarding appointment of counsel, and Local Rule 83.6 regarding reimbursement of out-of-pocket expenses, through the Court's web site (www.are.uscourts.gov).[1] Pursuant to Rule 83.7, counsel must make written application to withdraw within twenty-one days; otherwise, the appointment will be effective.

IT IS SO ORDERED this 13th day of January, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel may obtain a copy of the case file on disk by contacting the Courtroom Deputy.