IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRANDON D. THURMAN
ADC #159873                                                                                      PLAINTIFF

v.                                        No. 5:15-cv-82-DPM

EDWARD ADAMS, Captain/Chief of
Security, Dub Brassell Detention Center                                           DEFENDANT

ORDER

Unopposed recommendation, № 33, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion to dismiss, № 29, granted. Thurman's claims against Adams will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 July 2016