IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRANDON D. THURMAN
ADC #159873                                                                          PLAINTIFF

v.                             No. 5:15-cv-82-DPM

EDWARD ADAMS, Captain/Chief of
Security, Dub Brassell Detention Center;
C. HUNTER, Lieutenant, Dub Brassell
Detention Center; and GERALD ROBINSON,
Sheriff, Dub Brassell Detention Center                                DEFENDANTS

## JUDGMENT

Thurman's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

12 July 2016